AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

| | |
|---|---|
| VOODOO LICENSING, LLC<br><br><br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>WE CULTURE FOOD AND BEVERAGE<br>CORPORATION, CHRISTOPHER CIULLA<br>AND KARIN CUILLA<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:26-cv-00882

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Karin Ciulla
1632 Acadia Harbor Place
Brandon, Florida 33511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Kevin L. Barley
Steptoe & Johnson PLLC
One PPG Place, Suite 3300
Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

"ENGTM'QH'EQWTV

05/12/2026
'F cvg' """""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""

*Becca Richardson*

"Uki pcwtg'qh'Ergtm'qt 'F gr w{ 'Ergtm